## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ANDREW ROBERT NEWMAN, | Civil No. 12-0184 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MARGRET JANSEN, JUDGE JAY M. QUAM, COMMUNITY ADDICTION RECOVERY ENTERPRISE, AND CARLENE CLOUD, | |
| Defendants. | |

_____

Andrew Robert Newman, 1174 Western Avenue, Fergus Falls, MN 56537, pro se plaintiff.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, dated February 22, 2012 [Docket No. 6]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Judge Jay M. Quam be summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

Dated: March 15, 2012
at Minneapolis, Minnesota

                                                                                         s/John R. Tunheim
                                                                                    JOHN R. TUNHEIM
                                                                  United States District Judge