## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW ROBERT NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>MARGRET JANSEN, COMMUNITY ADDICTION RECOVERY ENTERPRISE, AND CARLENE CLOUD,<br><br>Defendants. | Civil 12-0184 (JRT/LIB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Andrew Robert Newman, 1174 Western Avenue, Fergus Falls, MN 56537, pro se plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 29, 2012 [Docket No. 9]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Plaintiff's Complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**, for failure to comply with this Court's Order of February 22, 2012, and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 17, 2012
at Minneapolis, Minnesota

\_\_\_ s/John R. Tunheim \_\_\_\_\_
JOHN R. TUNHEIM
United States District Judge